John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAGDISH KOTHARI, | Case No.: 2:20-CV-01330 |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES** |
| CHINA XD PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN, and GUANBAO HUANG, | |
| Defendants. | |

    Pursuant to FRCP 7.1, the undersigned counsel of record for Plaintiff JAGDISH KOTHARI, certifies that, in addition to the parties of record, there are no other known parties who may have an interest in the outcome of this case.

    These representations are made to enable judges of the Court to evaluate possible recusal.

/ / /

/ / /

/ / /

/ / /

/ / /

**AFFIRMATION**
Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated: July 17, 2020

**ALDRICH LAW FIRM, LTD.**

By: /s/ John P. Aldrich
John P. Aldrich, Esq.
7866 West Sahara Avenue
Las Vegas, Nevada 89117
702.853.5490 Telephone
702.227.1975 Fax

**OF COUNSEL:**

*Attorneys for Plaintiff*

**LEVI & KORSINSKY LLP**
Donald J. Enright
1101 30th Street, N.W., Suite 115
Washington, DC 20007
(202) 524-4290

- 2 -