# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA**
**CLARK COUNTY, STATE OF NEVADA**

| | |
|---|---|
| JAGDISH KOTHARI,<br><br>Plaintiff(s)<br>v.<br><br>CHINA XD PLASTICS COMPANY LIMITED; et al.,<br><br>Defendant(s) | Case No.:2:20-cv-01330-APG-BNW<br>John P. Adrich, Esq.,  Bar No. 6877<br>ALDRICH LAW FIRM, LTD<br>7866 West Sahara Ave.<br>Las Vegas, NV 89117<br>(702) 853-5490<br>*Attorneys for the Plaintiff(s)*<br><br>Client File# China XD |

I, Daniel LaMotte, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons In A Civil Action; Class Action Complaint For Violation Of Federal Securities Laws, from ALDRICH LAW FIRM, LTD

That on 7/21/2020 at 11:40 AM I served the above listed documents to China XD Plastics Company Limited - c/o Incorporating Services, Ltd., Registered Agent by personally delivering and leaving a copy at 321 W. Winnie Lane, Suite 104, Carson City, NV 89703-2163 with Shannon Foley - Front Desk/Sales Rep., a person of suitable age and discretion, authorized by Registered Agent to accept service of process at the above address shown on the current certificate of designation filed with the Secretary of State.

That the description of the person actually served is as follows:
Gender: Female, Race: Caucasian, Age: 36 - 40 yrs., Height: 5'7 - 6'0, Weight: 141 - 160 lbs., Hair: Brown, Eyes:Brown

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/23/2020

*[signature]*

Daniel LaMotte
Registered Work Card# R-2020-01425
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Control #:NV228869
Reference: China XD