John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV  89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAGDISH KOTHARI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHINA XD PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN, and GUANBAO HUANG,<br><br>　　　　　　Defendants. | Case No.: 2:20-CV-01330<br><br>**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S COUNSEL TO SUBMIT VERIFIED PETITION FOR PERMISSION TO PRACTICE** |

　　　　It is hereby ORDERED that Plaintiff's Ex Parte Motion for Extension of Time for Plaintiff's Counsel to Submit Verified Petition for Permission to Practice is GRANTED;

　　　　Plaintiff's counsel shall have an additional fourteen (14) days from the date of this Order to file their Verified Petitions for Permission to Practice.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 4th day of August, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

/ / /

/ / /

/ / /

- 1 -

Respectfully submitted,

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: 702-853-5490
Facsimile: 702-227-1975
jaldrich@johnaldrichlawfirm.com

**LEVI & KORSINSKY LLP**
Donald J. Enright
1101 30th Street, N.W., Suite 115
Washington, DC 20007
(202) 524-4290

*Attorneys for Plaintiff*