E. LEIF REID, Bar No. 5750
LReid@lrrc.com
DARREN J. LEMIEUX, Bar No. 9615
DLemieux@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel:  775.823.2900
Fax:  775.823.2929

*Attorneys for Defendant*
*China XD Plastics Company Limited*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAGDISH KOTHARI,<br><br>             Plaintiff,<br><br>v.<br><br>CHINA XD PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN, and GUANBAO HUANG,<br><br>             Defendants. | CASE NO.: 2:20-CV-01330-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br>**[FIRST REQUEST]** |

Defendant China XD Plastics Company Limited ("China XD"), by and through their attorneys, E. Leif Reid and Darren J. Lemieux of Lewis Roca Rothgerber Christie LLP, and Plaintiff Jagdish Kothari, through his attorneys, John P. Aldrich of Aldrich Law Firm, Ltd. and Donald J. Enright of Levi & Korsinsky LLP, hereby stipulate and agree to the following:

1.      On July 17, 2020, Plaintiff filed their Complaint against, amongst other defendants, China XD.  ECF No. 1.  On or about July 21, 2020, Plaintiff served the Summons and Complaint on China XD.

2.      Plaintiff and China XD agree that China XD shall have up to and including Monday, November 2, 2020, to respond to Plaintiff's Complaint.  This is the first request for an extension of time to respond to the Complaint.

112307815.2

3. In the event Defendants file anything other than an Answer to the Complaint, Plaintiff shall have up to and including December 2, 2020, to file an Opposition brief.

4. These extensions are requested in good faith to provide China XD with sufficient time to review Plaintiff's allegations with counsel and to respond to the complaint and to allow Plaintiff to respond accordingly.

DATED this 17th day of September, 2020.

ALDRICH LAW FIRM, LTD.

 /s/ John P. Aldrich
John P. Aldrich, SBN 6877
7866 West Sahara Avenue
Las Vegas, Nevada 89117

LEVI & KORSINSKY LLP
Donald J. Enright (*Pro Hac Vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007

*Attorneys for Plaintiff*
*Jagdish Kothari*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

 /s/ E. Leif Reid
E. Leif Reid, SBN 5750
Darren J. Lemieux, SBN 9615
One East Liberty Street, Suite 300
Reno, Nevada 89501

*Attorneys for Defendant*
*China XD Plastics Company Limited*

## ORDER

**The stipulation is granted in part and denied in part. The Court will give defendants until 10/13/2020 to respond to the complaint. If defendants require more time, the Court is happy to consider another stipulation, but it will require a more detailed explanation for why the extension is sought.**

IT IS SO ORDERED

**DATED:** 12:16 pm, September 22, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**