1  E. LEIF REID, Bar No. 5750
   LReid@lrrc.com
2  DARREN J. LEMIEUX, Bar No. 9615
   DLemieux@lrrc.com
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   One East Liberty Street, Suite 300
4  Reno, NV  89501-2128
   Tel:     775.823.2900
5  Fax:    775.823.2929

6  *Attorneys for Defendant*
   *China XD Plastics Company Limited*
7

8                         UNITED STATES DISTRICT COURT
                                DISTRICT OF NEVADA
9

| | |
|---|---|
| 10  JAGDISH KOTHARI, | CASE NO.: 2:20-CV-01330-APG-BNW |
| 11              Plaintiff, | |
| 12  v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| 13  CHINA XD PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN, and GUANBAO HUANG, | **[SECOND REQUEST]** |
| 15  | |
| 16              Defendants. | |

18       Defendant China XD Plastics Company Limited ("China XD"), by and through their attorneys, E. Leif Reid and Darren J. Lemieux of Lewis Roca Rothgerber Christie LLP, and Plaintiff Jagdish Kothari ("Plaintiff"), through his attorneys, John P. Aldrich of Aldrich Law Firm, Ltd. and Donald J. Enright of Levi & Korsinsky LLP, hereby stipulate and agree to the following:

       1.   On July 17, 2020, Plaintiff filed their Complaint against, amongst other defendants, China XD.  [ECF No. 1].  On or about July 21, 2020, Plaintiff served the Summons and Complaint on China XD.

       2.   On September 17, 2020, Plaintiff and China XD filed a stipulation in which China XD would have up to and including Monday, November 2, 2020, to respond to Plaintiff's

112496277.1

1  Complaint. [ECF No. 11]. This was the parties' first request to extend the deadline for China XD
2  to respond to Plaintiff's Complaint.

3  　　　3.　　On September 22, 2020, this Court granted in part and denied in part the parties'
4  stipulation, granting China XD an extension to October 13, 2020, to respond to Plaintiff's
5  Complaint. [ECF No. 14]. In doing so, this Court indicated it would consider another stipulation
6  extending the October 13, 2020, deadline, provided the parties provide a more detailed explanation
7  for why the extension is sought.

8  　　　4.　　The parties are currently engaged in discussions which, if successful, will result in
9  a mootness dismissal of this case. Accordingly, the parties respectfully request this Court grant the
10 additional extension of time for China XD to respond to Plaintiff's Complaint until November 2,
11 2020, so that the parties can attempt to fully resolve this matter. This is the parties' second request
12 for an extension of time.

13 　　　5.　　The parties further stipulate that, in the event the parties are unable to resolve this
14 matter and China XD files anything other than an Answer to the Complaint on November 2, 2020,
15 Plaintiff shall have up to and including December 2, 2020, to file an Opposition brief.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

112496277.1

- 2 -

6. These extensions are requested in good faith and not any dilatory purpose.

DATED this 7th day of October, 2020.

| ALDRICH LAW FIRM, LTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| */s/ John P. Aldrich* <br> John P. Aldrich, SBN 6877 <br> 7866 West Sahara Avenue <br> Las Vegas, Nevada 89117 | */s/ E. Leif Reid* <br> E. Leif Reid, SBN 5750 <br> Darren J. Lemieux, SBN 9615 <br> One East Liberty Street, Suite 300 <br> Reno, Nevada 89501 |
| LEVI & KORSINSKY LLP <br> Donald J. Enright (*Pro Hac Vice*) <br> 1101 30th Street, N.W., Suite 115 <br> Washington, DC 20007 | *Attorneys for Defendant* <br> *China XD Plastics Company Limited* |
| *Attorneys for Plaintiff* <br> *Jagdish Kothari* | |

**IT IS SO ORDERED**

**DATED:** 3:56 pm, October 09, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**