John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV  89117
Tel (702) 853-5490
Fax (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAGDISH KOTHARI,<br><br>Plaintiff,<br><br>v.<br><br>CHINA XD PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN, and GUANBAO HUANG,<br><br>Defendants. | Case No.: 2:20-CV-01330<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Jagdish Kothari ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 19, 2020             **ALDRICH LAW FIRM, LTD.**

                                    By: /s/ John P. Aldrich
                                        John P. Aldrich, Esq.
                                        7866 West Sahara Avenue
                                        Las Vegas, Nevada 89117
                                        702.853.5490 Telephone
                                        702.227.1975 Fax

                                        *Attorneys for Plaintiff*

**OF COUNSEL:**

**LEVI & KORSINSKY LLP**
Donald J. Enright
1101 30th Street, N.W., Suite 115
Washington, DC 20007
(202) 524-4290